**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a nonprofit corporation,<br><br>        Plaintiff,<br>v.<br><br>CITY OF WATSONVILLE,<br><br>        Defendant. | Case No.: 14-cv-01559-LHK<br><br>**CASE MANAGEMENT ORDER** |

Clerk:  Martha Parker Brown      Plaintiffs' Attorneys: Andrew Packard
Reporter:  Lee-Anne Shortridge    Defendant Attorney: William Wick
Length of hearing:

     An initial case management conference was held on July 30, 2014.  A further case management conference is set for November 12, 2014, at 2:00 p.m.

     The parties agree to set a limit of 50 interrogatories.

     The Court set the following case schedule:

DEADLINE TO FILE MOTION TO AMEND PLEADINGS OR ADD PARTIES is October 27, 2014

FACT DISCOVERY CUT OFF: May 22, 2015

EXPERT DISCOVERY:
    Opening Reports: June 5, 2015
    Rebuttal Reports: July 17, 2015
    Cut-off: September 25, 2015

DISPOSITIVE MOTIONS shall be filed by November 5, 2015.
    Oppositions: December 10, 2015
    Replies: January 7, 2016
    Hearing: January 28, 2016 at 1:30 p.m.

1

Case No.: 14-CV-01559-LHK
CASE MANAGEMENT ORDER

Each side may file only one motion for summary judgment or summary adjudication in the entire case.

PRETRIAL CONFERENCE DATE is March 31, 2016, at 1:30 p.m.

BENCH TRIAL DATE is April 11, 2016, at 9 a.m. in courtroom 8, 4th floor.

TRIAL LENGTH is estimated to be 5 days.

**IT IS SO ORDERED.**

Dated: July 30, 2014

_____
LUCY H. KOH
United States District Judge