**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation, | ) ) ) | Case No.: 14-CV-01559-LHK |
| Plaintiff, | ) ) ) | ORDER VACATING CASE MANAGEMENT CONFERENCE |
| v. | ) ) | |
| CITY OF WATSONVILLE, | ) ) | |
| Defendant. | ) ) | |

The case management conference currently set for December 17, 2014, is vacated.

**IT IS SO ORDERED.**

Dated: December 9, 2014

_____
LUCY H. KOH
United States District Judge

1
Case No.: 14-CV-01559-LHK
ORDER VACATING CASE MANAGEMENT CONFERENCE